■ In the Matter of GIRARD M. URSITTI, a Suspended Attorney. [661 NYS2d 320] —A certified copy of a certificate having

been filed showing that Girard M. Ursitti was convicted of grand larceny in the fourth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ. (Filed May 16, 1997.)